**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-1971**

───────────

FRANK A. BALCAR,

                                    Plaintiff - Appellant,

        versus

AVEMCO INSURANCE COMPANY,

                                    Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-98-1850-WMN)

───────────

Submitted:  October 7, 1999        Decided:  October 14, 1999

───────────

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Frank A. Balcar, Appellant Pro Se.  Robert Lawrence Ferguson, Jr.,
FERGUSON, SCHETELICH & HEFFERNAN, P.A., Baltimore, Maryland, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Balcar appeals from the district court's order denying his motion for reconsideration under Fed. R. Civ. Pro. 59(e) as untimely. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Balcar v. Avemco Insurance Co., No. CA-98-1850-WMN (D. Md. June 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED